JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER S. VENTURA,<br><br>    Petitioner,<br><br>  v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | Case No. 2:19-cv-08965-DMG (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of ALEXANDER S. VENTURA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE